FILED
GREAT FALLS

2009 SEP 22  PM 4 49

PATRICK E. DUFFY, CLERK
BY _____
         DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

MICHAEL D. LONGTREE,

|                          Plaintiff, | No. CV 09-55-GF-SEH |

vs.

FORT PECK TRIBES POLICE
DEPARTMENT, et al.,

|                          DefendantS. | **ORDER** |

On August 11, 2009, United States Magistrate Judge Keith Strong entered

Findings and Recommendation[1] in this matter.  Plaintiff did not file objections.

No review is required of proposed findings and recommendations to which no

objection is made.  Thomas v. Arn, 474 U.S. 140, 149-152 (1986).  However, this

---

[1] Docket No. 15.

-1-

Court will review Judge Strong's Findings and Recommendation for clear error.

Upon review, I find no clear error in Judge Strong's Findings and Recommendation and adopt them in full.

ORDERED:

1.   Plaintiff's Complaint[2] is DISMISSED for failure to state a claim.

2.   The Clerk of Court is directed to enter a judgment of dismissal.

3.   A certificate of appealability is DENIED.  Any appeal would be taken in bad faith as no claim has been stated.

DATED this _22_ ~mel~ day of September, 2009.

SAM E. HADDON
United States District Judge

---

[2] Docket No. 2.

-2-